[Exempt From Filing Fee Government Code § 6103]

FAGEN FRIEDMAN & FULFROST, LLP
Milton E. Foster III, SBN 250357
mfoster@f3law.com
April Noelle Grant, SBN 350124
agrant@f3law.com
4160 Temescal Canyon Road, Suite 610
Corona, California 92883
Phone: 951.215.4900
Fax: 951.215.4911

Attorneys for MONROVIA UNIFIED SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTIN KILLEN and MERCEDES KILLEN, individually and as parents and guardians of J.K., a minor,<br><br>Plaintiffs,<br><br>vs.<br><br>MONROVIA HIGH SCHOOL, MONROVIA UNIFIED SCHOOL DISTRICT, JEFF LEE, ADRIAN AYALA, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-06829-FMO (ASx)<br><br>**JOINT REQUEST FOR DECISION ON MONROVIA UNIFIED SCHOOL DISTRICT'S MOTION TO DISMISS WITHOUT FURTHER DELAY PURSUANT TO L.R. 83-9.2**<br><br>The Hon. Fernando M. Olguin<br><br>Trial Date:        None Set |

JUSTIN KILLEN and MERCEDES KILLEN, individually and as parents and guardians of J.K., a minor ("Plaintiff") and MONROVIA UNIFIED SCHOOL DISTRICT ("District"), through their respective counsel of record, jointly submit this request pursuant to Local Rule 83-9.2.

On January 22, 2026, the Court took under submission the District's Motion to Dismiss (Dkt. No. 24). More than 120 days have elapsed since submission, and no decision has yet been rendered.

Pursuant to L.R. 83-9.2, the parties respectfully and jointly request that the Court render its decision on the submitted matter without further delay.

Fagen Friedman & Fulfrost, LLP
4160 Temescal Canyon Road, Suite 610
Corona, California 92883
Main 951.215.4900 • Fax 951.215.4911

The parties submit this request solely to comply with Local Rule 83-9.2 and with full appreciation for the Court's schedule and consideration of the matter.

Respectfully submitted,

DATED:  May 27 , 2026                    FAGEN FRIEDMAN & FULFROST, LLP


By: _____
Milton E. Foster III
April Noelle Grant
Attorneys for MONROVIA UNIFIED
SCHOOL DISTRICT


DATED:  May _27_, 2026                    LENTO LAW GROUP, P.C.


By:        /s/ Lynda Sangmor
Lynda Sangmor
Attorney for JUSTIN KILLEN and
MERCEDES KILLEN, individually and as
parents and guardians of J.K., a minor

953-104/9367876.1

**Fagen Friedman & Fulfrost, LLP**
4160 Temescal Canyon Road, Suite 610
Corona, California 92883
Main 951.215.4900 • Fax 951.215.4911

2

JOINT REQUEST FOR DECISION ON MONROVIA UNIFIED SCHOOL DISTRICT'S MOTION TO DISMISS WITHOUT FURTHER DELAY PURSUANT TO L.R. 83-9.2

**Fagen Friedman & Fulfrost, LLP**
4160 Temescal Canyon Road, Suite 610
Corona, California 92883
Main 951.215.4900 • Fax 951.215.4911

## PROOF OF SERVICE

**Killen, Justin v. Monrovia High School, et al.**
**Case No. 2:25-cv-06829-FMO (ASx)**

**STATE OF CALIFORNIA, COUNTY OF RIVERSIDE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Riverside, State of California. My business address is 4160 Temescal Canyon Road, Suite 610, Corona, CA 92883.

On May 27, 2026, I served true copies of the following document(s) described as **JOINT REQUEST FOR DECISION ON MONROVIA UNIFIED SCHOOL DISTRICT'S MOTION TO DISMISS WITHOUT FURTHER DELAY PURSUANT TO L.R. 83-9.2** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 27, 2026, at Corona, California.

_____
Sara Rosas

**SERVICE LIST**
**Killen, Justin v. Monrovia High School, et al.**
**Case No. 2:25-cv-06829-FMO (ASx)**

John Groff                                        Attorneys for Plaintiffs
David Haislip
Courtney Hinke
**LENTO LAW GROUP, P.C.**
1814 East Route 70, Suite 323
Cherry Hill, NJ 08003
Telephone: (856) 652-2000
Facsimile: (856) 375-1010
jgroff@lentolawgroup.com
dhaislip@lentolawgroup.com
chinke@lentolawgroup.com

Gregory P. Goonan                                 Attorney for Plaintiffs
**THE AFFINITY LAW GROUP**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
ggoonan@affinity-law.com

Lynda Sangmor                                     Attorney for Plaintiffs
**LLG NATIONAL LAW GROUP**
3003 N. Central Avenue, Suite 685
Pheonix, AZ 85012
Telephone: (480) 745-5863
Facsimile: (856) 375-1010
Lynda.sangmor@llgnational.com

Fagen Friedman & Fulfrost, LLP
4160 Temescal Canyon Road, Suite 610
Corona, California 92883
Main 951.215.4900 • Fax 951.215.4911