# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **CV 25-6829 FMO (ASx)** | Date | **June 25, 2026** |
| Title | **Justin Killen, et al. v. Monrovia High School, et al.** | | |

Present: The Honorable     Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiffs: | Attorney Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order Re: Joint Request for Decision Pursuant to Local Rule 83-9.3**

Pursuant to Local Rule 83-9.3, the parties are advised that the court expects to issue its decision on the pending motion by no later than **July 31, 2026**.

Initials of Preparer          vdr