**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN KILLEN, et al., | Case No. CV 25-6829 FMO (ASx) |
| Plaintiff, | |
| v. | **ORDER RE: FURTHER PROCEEDINGS** |
| MONROVIA HIGH SCHOOL, et al., | |
| Defendants. | |

Having reviewed and considered defendant Monrovia Unified School District's Ex Parte Application to Continue Fact Discovery Cut-Off, Related Case Management Deadlines, and Trial (Dkt. 39, "Application"), IT IS ORDERED THAT:

1. The Application **(Document No. 39)** is **granted** as set forth in this Order.[1]

2. All fact discovery shall be completed no later than **October 6, 2026**.

3. All expert discovery shall be completed by **December 21, 2026**. The parties must serve their Initial Expert Witness Disclosures no later than **October 20, 2026**. Rebuttal Expert Witness Disclosures shall be served no later than **November 20, 2026**.

4. The parties shall complete their settlement conference before the assigned magistrate

---

[1] Except as set forth in this Order, the parties shall comply with all the dates and requirements set forth in the Court's Case Management Order of January 5, 2026. (Dkt. 30).

judge ("settlement officer") no later than **October 6, 2026**.  Plaintiffs' counsel shall contact the settlement officer with enough time so that the settlement conference date is early enough to comply with the settlement completion deadline imposed by this court.  After obtaining available dates from the settlement officer, counsel for the parties shall confer and select one of the proposed dates.  Plaintiffs' counsel shall then advise the settlement officer of the settlement conference date selected by parties.  If the case settles, counsel shall file a Notice of Settlement no later than 24 hours after the case is settled, stating when they expect to file their dismissal papers.  Otherwise, **the parties must, no later than 48 hours after the settlement conference is completed, file a Status Report Re: Settlement**.  The Status Report shall not disclose the parties' settlement positions, i.e., the terms of any offers or demands.  The Status Report shall describe the efforts made by the parties to resolve the dispute informally, i.e., the occasions and dates when the parties participated in mediation or settlement conferences.  The Status Report shall also include the name of the settlement officer who assisted the parties with their settlement conference.

5.  Any motion for summary judgment or other potentially dispositive motion (other than a motion under Rule 12(b)(6)) shall be filed no later than **January 21, 2027**, and noticed for hearing regularly under the Local Rules.  Any untimely or non-conforming motion will be denied.  *All potentially dispositive motions shall comply with the requirements set forth in the Court's Order Re: Summary Judgment Motions issued on January 5, 2026, (Dkt. 31).*  Each party is allowed one potentially dispositive motion.[2]

6.  The parties shall file memoranda of contentions of fact and law; witness lists; the Pretrial Exhibit Stipulation; and joint motions in limine no later than **March 19, 2027**.

7.  The parties shall lodge their proposed Pretrial Conference Order and file the  Joint Jury Instructions; Disputed Jury Instructions; a joint proposed verdict form; a joint statement of the case; proposed additional voir dire questions, if desired; and reply memoranda to motions in limine

---

[2]  A motion filed pursuant to Rule 12(c) more than 21 days after the pleadings are closed will be deemed a dispositive motion.

no later than **March 26, 2027**.

The parties shall also send copies of the proposed Pretrial Conference Order; Joint Jury Instructions; Disputed Jury Instructions; the joint proposed verdict form; the joint statement of the case; and any proposed additional voir dire questions, to the chambers e-mail address (fmo_chambers@cacd.uscourts.gov) in WordPerfect (the court's preference) or Word format.

8.  The final pretrial conference and hearing on motions in limine is scheduled for **April 9, 2027**, at 10:00 a.m.

9.  The trial is scheduled to begin on **April 27, 2027**, at 9:00 a.m.  On the first day of trial, **counsel must appear at 8:45 a.m.** to discuss preliminary matters with the court.

Dated this 6th day of July, 2026.

/s/
Fernando M. Olguin
United States District Judge

3