Lynda Sangmor (Pro Hac Vice)
**LENTO LAW GROUP, P.C.**
Phoenix Corporate Tower
3003 N Central Avenue, Suite 685
Phoenix, AZ 85012
Telephone: (480) 745-5863
Facsimile: (856) 375-1010
Email: lynda.sangmor@llgnational.com

Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiffs Justin Killen and
Mercedes Killen individually and as parents
and guardians of J.K., a minor.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTIN KILLEN and MERCEDES KILLEN, individually and as parents and guardians of J.K., a minor, | Case No. 2:25-cv-06829-FMO (ASx) |
| *Plaintiffs*, | Hon. Fernando M. Olguin |
| vs. | **APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM** |
| MONROVIA HIGH SCHOOL, MONROVIA UNIFIED SCHOOL DISTRICT, JEFF LEE, ADRIAN AYALA, and DOES 1 through 10, inclusive, | |
| *Defendants*. | |

**COMES NOW** Plaintiff J.K., by and through his parents, and Plaintiffs Justin Killen and

Mercedes Killen, by and through their attorneys, Lento Law Group, P.C., and hereby apply for

APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM - 1

an order appointing Justin Killen as Guardian ad Litem for minor Plaintiff J.K. pursuant to Federal Rule of Civil Procedure 17(c).

1.  J.K. is a minor and requires a representative to prosecute this action.

2.  Justin Killen is J.K.'s father, is competent and willing to serve, and has no interests adverse to the minor.

This application is based on the accompanying declaration of Justin Killen, the record in this case, and any further evidence the Court may require.

Dated this July 13, 2026.

_/s/ Lynda Sangmor_____
Lynda Sangmor
**LENTO LAW GROUP, P.C.**
Phoenix Corporate Tower
3003 N Central Avenue, Suite 685
Phoenix, AZ 85012
Telephone: (480) 745-5863
Facsimile: (856) 375-1010
Email: lynda.sangmor@llgnational.com

*Attorneys for Plaintiffs*

APPLICATION FOR APPOINTMENT OF GUARDIAN AD LITEM - 2