Lynda Sangmor (Pro Hac Vice)
**LENTO LAW GROUP, P.C.**
Phoenix Corporate Tower
3003 N Central Avenue, Suite 685
Phoenix, AZ 85012
Telephone: (480) 745-5863
Facsimile: (856) 375-1010
Email:

Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email:

Attorneys for Plaintiffs Justin Killen and
Mercedes Killen individually and as parents
and guardians of J.K., a minor.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTIN KILLEN and MERCEDES KILLEN, individually and as parents and guardians of J.K., a minor, <br><br> *Plaintiffs*, <br><br> vs. <br><br> MONROVIA HIGH SCHOOL, MONROVIA UNIFIED SCHOOL DISTRICT, JEFF LEE, ADRIAN AYALA, and DOES 1 through 10, inclusive, <br><br> *Defendants*. | Case No. 2:25-cv-06829-FMO (ASx) <br><br> Hon. Fernando M. Olguin <br><br><br> **DECLARATION OF JUSTIN KILLEN** |

I, JUSTIN KILLEN, declare:

1. I am the father of minor Plaintiff J.K.

2. J.K. is a minor and requires a Guardian ad Litem to prosecute this action.

DECLARATION OF JUSTIN KILLEN - 1

3.  I have no interests adverse to J.K.

4.  I am competent, willing, and able to serve as Guardian ad Litem.

5.  I understand that a Guardian ad Litem must act in the best interests of the minor throughout the litigation, and I am willing to undertake those responsibilities.

6.  I consent to act as Guardian ad Litem for J.K. in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
JUSTIN KILLEN

Dated this July 13, 2026

Declaration

DECLARATION OF JUSTIN KILLEN - 2