Lynda Sangmor (Pro Hac Vice)
**LENTO LAW GROUP, P.C.**
Phoenix Corporate Tower
3003 N Central Avenue, Suite 685
Phoenix, AZ 85012
Telephone: (480) 745-5863
Facsimile: (856) 375-1010
Email: lynda.sangmor@llgnational.com

Gregory P. Goonan (Cal Bar # 119821)
**THE AFFINITY LAW GROUP®**
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiffs Justin Killen and
Mercedes Killen individually and as parents
and guardians of J.K., a minor.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTIN KILLEN and MERCEDES KILLEN, individually and as parents and guardians of J.K., a minor, | Case No. 2:25-cv-06829-FMO (ASx) |
| *Plaintiffs*, | Hon. Fernando M. Olguin |
| vs. | |
| MONROVIA HIGH SCHOOL, MONROVIA UNIFIED SCHOOL DISTRICT, JEFF LEE, ADRIAN AYALA, and DOES 1 through 10, inclusive, | **ORDER APPOINTING GUARDIAN AD LITEM** |
| *Defendants*. | |

The Court, having considered Plaintiffs' Application for Appointment of Guardian ad Litem and the supporting Declaration of Justin Killen, finds good cause to appoint a Guardian ad Litem for minor Plaintiff J.K. pursuant to Federal Rule of Civil Procedure 17(c).

ORDER APPOINTING GUARDIAN AD LITEM - 1

**IT IS HEREBY ORDERED** that JUSTIN KILLEN is appointed as Guardian ad Litem for minor Plaintiff J.K. for all purposes in this action.

**IT IS SO ORDERED**.

Dated this _____July 24_____ 2026.

_____/s/_____
Hon. Fernando M. Olguin
United States District Judge

ORDER APPOINTING GUARDIAN AD LITEM - 2