**[Exempt From Filing Fee Government Code § 6103]**

FAGEN FRIEDMAN & FULFROST, LLP
Milton E. Foster III, SBN 250357
mfoster@f3law.com
April Noelle Grant, SBN 350124
agrant@f3law.com
4160 Temescal Canyon Road, Suite 610
Corona, California 92883
Phone: 951.215.4900
Fax: 951.215.4911

Attorneys for MONROVIA UNIFIED
SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUSTIN KILLEN and MERCEDES KILLEN, individually and as parents and guardians of J.K., a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> MONROVIA HIGH SCHOOL, MONROVIA UNIFIED SCHOOL DISTRICT, JEFF LEE, ADRIAN AYALA, and DOES 1 throught 10, inclusive, <br><br> Defendants. | CASE NO. 2:25-cv-06829-FMO (ASx) <br><br> [Assigned for All Purposes to: Hon. Fernando M. Olguin, Dept. 6D] <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT MONROVIA UNIFIED SCHOOL DISTRICT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** <br><br> *[Filed concurrently with Defendant Monrovia Unified School District's Notice of Motion and Renewed Motion to Dismiss; and Declaration of April Noelle Grant in Support of Renewed Motion to Dismiss]* <br><br> Trial Date:        None Set |

Defendant MONROVIA UNIFIED SCHOOL DISTRICT ("District")'s Motion to Dismiss First Amended Complaint came on for hearing before this court. The Court, having considered the parties' papers, arguments, and all matters properly before it, and good cause appearing, hereby **ORDERS as follows:**

1. All claims asserted by Plaintiffs Justin Killen and Mercedes Killen in their individual capacities are DISMISSED for lack of standing.

2. Plaintiffs have failed to state a claim upon which relief can be granted against

---

[PROPOSED] ORDER GRANTING DEFENDANT MONROVIA UNIFIED SCHOOL DISTRICT'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendant Monrovia Unified School District with respect to:

1. the First Claim for Relief (42 U.S.C. § 1983 – First Amendment Retaliation);

2. the Second Claim for Relief (42 U.S.C. § 1983 – Equal Protection);

3. the Third Claim for Relief (42 U.S.C. § 1983 – Municipal Liability under *Monell*);

4. the Fourth Claim for Relief (Negligence);

5. the Fifth Claim for Relief (Negligent Supervision and Negligent Training); and

6. the Sixth Claim for Relief (Intentional Infliction of Emotional Distress).

3. Because Plaintiffs were previously granted leave to amend and have failed to cure the deficiencies identified by the Court, despite the opportunity to do so, further leave to amend would be futile. Accordingly, the First Amended Complaint is **DISMISSED WITH PREJUDICE**.

4. The Court further GRANTS such other and further relief as it deems just and proper.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. Fernando M. Olguin
Judge, United States District Court

953-104/9453358.1

*Fagen Friedman & Fulfrost, LLP*
4160 Temescal Canyon Road, Suite 610
Corona, California 92883
Main 951.215.4900 • Fax 951.215.4911

2