# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 25-6829 FMO (ASx)** | Date | **July 31, 2026** |
|---|---|---|---|
| Title | **Justin Killen, et al. v. Monrovia High School, et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiffs:

None Present

Attorney Present for Defendants:

None Present

**Proceedings:        (In Chambers) Order Re: Renewed Motion to Dismiss**

On July 6, 2026, the court granted Monrovia Unified School District's ("District") Motion to Dismiss. (See Dkt. 41, Court's Order of July 6, 2026, at 5). In that Order, the court specifically noted that the District was the only moving defendant, and that "[t]wo additional school official defendants, Jeff Lee and Adrian Ayala, who are represented by the same counsel as the District, have neither joined the instant Motion nor filed a responsive pleading or otherwise appeared in this action." (Id. at 2). The court directed defense counsel to "promptly file a responsive pleading or motion by the [July 30, 2026] deadline . . . on behalf of defendants Jeff Lee and Adrian Ayala, or risk entry of default judgment against them." (Id.). On July 30, 2026, defense counsel filed a renewed motion to dismiss on behalf of only the District. (See Dkt. 45, Renewed Motion to Dismiss). However, no responsive pleading or motion was filed on behalf of the other two defendants. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT the District's Renewed Motion to Dismiss **(Document No. 45)** is **denied without prejudice**. No later than **August 7, 2026**, defense counsel shall either re-file the renewed motion to dismiss on behalf of all defendants, or alternatively, file a motion to dismiss on behalf of the District and an answer on behalf of defendants Lee and Ayala. Failure to comply with the requirements of this Order may result in sanctions being imposed.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |