**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JUSTIN KILLEN and MERCEDES KILLEN, individually and as parents and guardians of J.K., a minor, | CASE NO. 2:25-cv-06829-FMO (ASx) |
| *Plaintiffs,* | The Honorable Fernando M. Olguin |
| vs. | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR COMPLETION DEADLINE BY 30 DAYS** |
| MONROVIA HIGH SCHOOL, MONROVIA UNIFIED SCHOOL DISTRICT, JEFF LEE, ADRIAN AYALA, and DOES 1 through 10, inclusive, | **CURRENT ADR DEADLINE:** 10/06/2026 |
| *Defendants.* | Trial Date: April 27, 2027 |

COME NOW Plaintiffs and Defendants, by and through their respective counsel of record, hereby jointly stipulate and request that the Court extend the deadline to complete Alternative Dispute Resolution (ADR) by thirty (30) days, from October 6, 2026 to November 5, 2026.

In support of this stipulation, the parties state as follows:

1. The parties seek additional time to complete the settlement conference before Magistrate Judge Sagar required by the Court’s order.
2. The settlement conference has not yet been scheduled. As of the filing of this stipulation, Magistrate Judge Sagar’s chambers has advised that the earliest available date for a settlement conference is October 15, 2026, after the current October 6, 2026 ADR completion deadline. Because that date remains subject to availability when the Court rules on this request, the parties seek a thirty-day extension of the ADR completion deadline to November 5, 2026, to allow sufficient time to schedule and complete the conference.

3. The parties agree to the requested extension to facilitate compliance with the Court's ADR order. This stipulation requests an extension of the ADR completion deadline only; no modification of any other deadline or the trial date is requested.
4. This request is made in good faith and not for the purpose of undue delay, and the extension will not prejudice any party or alter other primary case management deadlines unless otherwise noted.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the ADR completion deadline to November 5, 2026.

Dated: September 29, 2026.

___/s/ Lynda Sangmor__________________

Lynda Sangmor *(Pro Hac Vice)*
LLG NATIONAL LAW GROUP, P.C.
Phoenix Corporate Tower
3003 N Central Avenue, Suite 685
Phoenix, AZ 85012
Telephone: (480) 745-5863
Email: lynda.sangmor@llgnational.com

Gregory P. Goonan (Cal Bar # 119821)
THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121
Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

Attorneys for Plaintiff

FAGEN FRIEDMAN & FULFROST, LLP

April Noelle Grant, SBN 350124
agrant@f3law.com
Milton E. Foster III, SBN 250357
mfoster@f3law.com
4160 Temescal Canyon Road, Suite 610
Corona, California 92883
Phone: 951.215.4900
Fax: 951.215.4911

Attorneys for Defendants