**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JUSTIN KILLEN and MERCEDES KILLEN, individually and as parents and guardians of J.K., a minor, | CASE NO. 2:25-cv-06829-FMO (ASx) |
| *Plaintiffs,* | The Honorable Fernando M. Olguin |
| vs. | **[~~PROPOSED~~] ORDER RE: STIPULATION** |
| MONROVIA HIGH SCHOOL, MONROVIA UNIFIED SCHOOL DISTRICT, JEFF LEE, ADRIAN AYALA, and DOES 1 through 10, inclusive, | Trial Date: April 27, 2027 |
| *Defendants.* | |

Good Cause appearing, the Joint Stipulation to extend the ADR Completion deadline is **IT IS SO ORDERED.** The deadline to complete ADR is extended to **November 5**, 2026.

Dated: **October 1**, 2026

**/s/**
Honorable Fernando M. Olguin
**U.S. DISTRICT JUDGE**