**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JUSTIN KILLEN and MERCEDES KILLEN, individually and as parents and guardians of J.K., a minor, | CASE NO. 2:25-cv-06829-FMO (ASx) |
| *Plaintiffs,* | The Honorable Fernando M. Olguin |
| vs. | **JOINT STIPULATION AND MOTION TO EXTEND ADR COMPLETION DEADLINE** Second Request |
| MONROVIA HIGH SCHOOL, MONROVIA UNIFIED SCHOOL DISTRICT, JEFF LEE, ADRIAN AYALA, and DOES 1 through 10, inclusive, | **CURRENT ADR DEADLINE:** 11/05/2026 |
| *Defendants.* | Trial Date: April 27, 2027 |

COME NOW Plaintiffs and Defendants, by and through their respective counsel of record, hereby jointly stipulate and request for a second time that the Court extend the deadline to complete Alternative Dispute Resolution (ADR) from November 5, 2026 to December 31, 2026.

In support of this stipulation, the parties state as follows:

1. The ADR deadline for this matter was initially October 6, 2026.
2. The parties requested an extension of the deadline due to unforeseen scheduling conflicts and an inability to obtain a suitable settlement conference date from Judge Sagar's clerk before the deadline.
3. This Court granted an extension of the October 6th deadline to November 5, 2026. (Doc. #54)
4. Plaintiffs' counsel then contacted Judge Sagar's chambers for an available date to conduct the settlement conference prior to the new deadline.
5. Judge Sagar's clerk replied and indicated that the only available date was October 27, 2026.
6. Defendants' counsel would be unable to attend the settlement conference on the

proposed date as they have a trial beginning the week of October 19, 2026 and they expect the trial to continue for the following four weeks.

7. Plaintiffs' counsel then contacted Judge Sagar's chamber again to alert them to Defendants' counsel unavailability on October 27, 2026, and to provide the next available dates to conduct the settlement conference.

8. Judge Sagar's clerk provided the following dates in December: December 8, 9, 10, 11, 16, 17, and 18.

9. Based on the new dates provided by Judge Sagar's clerk, the only suitable date for all parties is December 9, 2026.

10. The parties have indicated to Judge Sagar's clerk that the date should be reserved.

11. This second request is made in good faith and not for the purpose of undue delay, and the extension will not prejudice any party.

WHEREFORE, the parties respectfully request that the Court enter an Order extending the ADR completion deadline to December 31, 2026.

Dated: October 20, 2026.

__/s/ Lynda Sangmor_________________
Lynda Sangmor *(Pro Hac Vice)*
LLG NATIONAL LAW GROUP, P.C.
Phoenix Corporate Tower
3003 N Central Avenue, Suite 685
Phoenix, AZ 85012
Telephone: (480) 745-5863
Email: lynda.sangmor@llgnational.com

Gregory P. Goonan (Cal Bar # 119821)
THE AFFINITY LAW GROUP®
5230 Carroll Canyon Road, Suite 230
San Diego, CA 92121

Telephone: (858) 412-4296
Facsimile: (619) 243-0088
Email: ggoonan@affinity-law.com

*Attorneys for Plaintiff*

FAGEN FRIEDMAN & FULFROST, LLP

______________________________
April Noelle Grant, SBN 350124
agrant@f3law.com
Milton E. Foster III, SBN 250357
mfoster@f3law.com
4160 Temescal Canyon Road, Suite 610
Corona, California 92883
Phone: 951.215.4900
Fax: 951.215.4911

*Attorneys for Defendants*

953-104/9583719.1