2UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-6829-FMO (ASx) | Date | October 22, 2026 |
| Title | Justin Killen, et. al. v. Monrovia High School, et. al., | | |

Present: The Honorable Alka Sagar, United States Magistrate Judge

| | |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None present | None present |

**Proceedings:** **(IN CHAMBERS) ORDER RE PREPARATION FOR SETTLEMENT CONFERENCE**

In preparation for the settlement conference, which has been scheduled for December 9, 2026, at 10:00 a.m., a telephone conference for counsel only, will be held on November 18, 2026 at 10:00 a.m. The call information will be emailed to counsel.

Counsel shall be prepared to discuss the following matters with the Court during the call:

The case status: trial date, status conference, and upcoming events;

The status of discovery and motions and whether any discovery must be completed prior to the settlement conference;

The effect of any previous settlement discussions;

Whether there are any issues to which there is agreement;

What are the primary areas of disagreement;

Whether the dispute encompasses more than the parties to this case, and if so, whether there any persons who should attend the settlement conference in addition to parties and counsel;

2UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-6829-FMO (ASx) | Date | October 22, 2026 |
| Title | Justin Killen, et. al. v. Monrovia High School, et. al., | | |

The names and title (if applicable) of all parties and client representatives who will attend the settlement conference;

Whether the settlement conference should begin in joint session with all parties and counsel - following the Court's introductory remarks - or whether the Court should meet with the parties separately after making introductory remarks; and

Whether it would be helpful (to the parties) to hear a brief statement (no more than five minutes) from counsel of each party's position regarding the case prior to the commencement of the settlement conference.

**Counsel are directed to consult with their clients, participants, and decision makers - prior to the telephonic conference - and ensure that there are no time constraints for any lawyer, client and participant on December 9, 2026.**

**Counsel shall also meet and confer, prior to the telephonic conference on November 18, 2026, regarding whether the settlement conference should take place in person or via video teleconference.**

Following the telephone conference on November 18, 2026, the Court will issue a separate order directing the parties to submit confidential settlement conference statements and any necessary documents to the Court prior to the scheduled settlement conference.

**IT IS SO ORDERED.**

cc: Fernando M. Olguin
United States District Judge